# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 26 2017 ★
LONG ISLAND OFFICE

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Corey Nguyen**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

TO:     Mary Blaney and Frances Lombardi

From:   Pro Se Office, U.S. District Court (Central Islip, NY)

Date:   September 26, 2017

Subject: 17-CV-4790(JS)(ARL), Blaney et al v. County of Nassau et al

The Clerk's Office has received your civil summons and has issued an official stamped summons. Enclosed, please find the original stamped summons. Additionally, a copy of your complaint and instructions for service have been enclosed.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

Pro Se Office
100 Federal Plaza
Central Islip, NY 11722

Enc.